# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LILIA NUNO, an individual;<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, N.A.;<br>ABOUT BUCKLEY MADOLE, P.C.;<br>AND DOES 1 THRU 100;<br><br>    Defendants. | CASE NO.: CV 17-4809-GW(Ex)<br><br>**JUDGMENT OF DISMISSAL**<br><br>[*Assigned to the Hon. George H. Wu*] |

On August 24, 2017, the Court entered an Order granting the Motion to Dismiss the Complaint, filed by defendant WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo") and joined by NBS Default Services, LLC ("NBS, LLC") (erroneously sued as "About Buckley Madole, P.C.") dismissing the Complaint in its entirety, without leave to amend.

/ / /
/ / /
/ / /
/ / /

Accordingly:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. The Complaint is dismissed as to Wells Fargo and NBS LLC, as to all causes of action, with prejudice;

2. Judgment is entered in favor of defendants Wells Fargo and NBS, LLC; *and*

3. Plaintiff, Lilia Nuno will recover nothing in this action from either defendant Wells Fargo nor NBS, LLC.

DATED: September 13, 2017

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 301 N. Lake Ave, Suite 1100 Pasadena, CA 91101-4158

On the date below, I served a copy of the foregoing document entitled:

## [PROPOSED] JUDGMENT OF DISMISSAL

on the interested parties in said case as follows:

| **Served By Means Other than Electronically Via the Court's CM/ECF System** | **Served Electronically Via the Court's CM/ECF System** |
|---|---|
| *Plaintiff, Pro Se* | *Attorneys for Defendant NBS Default Services, LLC:* |
| Lilia Nuno<br>4172 Woodlawn Ave.<br>Los Angeles, CA 90011<br><br>Tel: (323) 273-6437 | Nabeel Zuberi, Esq.<br>BUCKLEY MADOLE, P.C.<br>301 E. Ocean Dr., Suite 1720<br>Long Beach, CA 90802<br><br>Tel. \| Fax: (562) 983-5363<br><br>nabeel.zuberi@buckleymadole.com |

☒ **BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence by mailing. Under that same practice it would be deposited with U.S. Postal Service on that same day with postage fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on September 12, 2017.

| Carol Goodwin | */s/ Carol Goodwin* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |